1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, LEON LE BEAU

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,    )    CASE #6:05-mj-00053-WMW
                                )
11           Plaintiff,          )
                                )    STIPULATION TO CONTINUE
12                              )    UNTIL JULY 5, 2005
                                )
13 vs                           )
                                )
14                              )
                                )
15 LEON LE BEAU                 )
                                )
16           Defendant.          )
                                )
17 _____)

18       IT IS HEREBY STIPULATED by and between the Defendant, LEON LE BEAU, his

19 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

20 ELIZABETH WALDOW, that the Status Conference in the in the above-captioned matter

21 currently scheduled for June 21, 2005, at 10:00 a.m. be continued until July 5, 2005 at 10:00

22 a.m.

23 Dated: June 16, 2005

24                                        By:  /S/ Carol Ann Moses
                                               CAROL ANN MOSES
25                                             Attorney for Defendant
                                               LEON LE BEAU
26 Dated: June 17, 2005
                                          By:  /S/ Elizabeth Waldow
27                                             Elizabeth Waldow
                                               Legal Officer for
28                                             United States Government
                                               As authorized on 6/17/05

                                        1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a Continuance of Status Conference until July 5, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing for Defendant, LEON LE BEAU, shall be continued to July 5, 2005 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   June 21, 2005            /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE